UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                             Originating Case No. 5:16-cr-123-010
                             Case No. 21-30244

v.

**TORIANO KENYATTIS MCGEE**

    **aka "T"**,

    Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
<u>ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant **TORIANO KENYATTIS McGEE** to answer to charges pending in another federal district, and states:

    1.    On or about May 26, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of Texas based on a Supervised Release Violation.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*Alison A. Furtaw*

Alison A. Furtaw P55893
Assistant United States
Attorney 211 W. Fort Street,
Suite 2001 Detroit, MI
48226-3211
alison.furtaw@usdoj.gov (313)
226-0206

Date: March 26, 2021